No. 676, Misc. ELLINGTON v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 677, Misc. BURKETT v. HAND, WARDEN, ET AL. Supreme Court of Kansas. Certiorari denied.

No. 679, Misc. BURTON v. CALIFORNIA STATE LEGISLATURE ET AL. Supreme Court of California. Certiorari denied.

No. 680, Misc. BUNKLEY v. BENNETT, WARDEN. Supreme Court of Iowa. Certiorari denied.

No. 681, Misc. SHARPE v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner pro se. Augustine A. Repetto and Morgan E. Thomas for respondent.

No. 683, Misc. KIRSCH v. PATE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 684, Misc. HILL v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg and J. F. Bishop for the United States.

No. 685, Misc. ROBINSON v. PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 689, Misc. NEAL v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 693, Misc. RABURN v. NEW MEXICO. Supreme Court of New Mexico. Certiorari denied.

No. 695, Misc. DARLING v. WILKINS, WARDEN. C. A. 2d Cir. Certiorari denied.